# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2006

130287

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LIGGETT RESTAURANT GROUP, INC.,
     Plaintiff-Appellant,

v

SC: 130287
COA: 256571
Oakland CC: 01-036350-CZ

CITY OF PONTIAC, and PONTIAC
STADIUM BUILDING AUTHORITY,
     Defendants-Appellees.

_____/

     On order of the Court, the application for leave to appeal the November 29, 2005 judgment of the Court of Appeals is considered, and it is DENIED, there being no majority in favor of granting leave to appeal.

     CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.

     MARKMAN, J., not participating.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2006

_____
Clerk

l0912